IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CATHEY SWOBODA                                                                                    PLAINTIFF

VS.                                         CASE NO. 11-CV-1073

CENTRAL ARKANSAS
DEVELOPMENT COUNCIL                                                                    DEFENDANT

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed by Defendant Central Arkansas Development Council. (ECF No. 22). Plaintiff has filed a response (ECF No. 26), and Defendant has filed a reply. (ECF No. 29). The Court finds this matter ripe for consideration. For the reasons stated in the Memorandum Opinion of even date, the Court finds that Defendant's Motion for Summary Judgment should be and hereby is **GRANTED**. Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 7th day of June, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge